1  KATHRYN E. VAN HOUTEN (SBN 143402)
   IRSFELD, IRSFELD & YOUNGER LLP
2  100 W. Broadway, Ste. 920
   Glendale, CA 91210
3  Telephone: (818) 242-6859
   Facsimile:  (818) 240-7728
4  e-mail: kev@iiylaw.com

5  Attorneys for Plaintiff
   United States of America
6

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )   Case No: 5:16-CV-01844-DSF-SP
                                    )
11           Plaintiff,             )   PROOF OF SERVICE
                                    )
12     vs.                          )
                                    )
13 WILLIAM F. RENDEL,               )
                                    )
14           Defendant.             )
                                    )
15                                  )
                                    )
16 _____  )

1

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of Irsfeld, Irsfeld & Younger LLP. My business address is 100 W. Broadway, Suite 920, Glendale, California 91210.

On August 30, 2016 I served the forgoing document described as: **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES AND INITIAL STANDING ORDER** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: August 30, 2016  Place of mailing: Glendale, California.

**Person(s) and/or Entity(ies) to Whom mailed:**
William F. Rendel, ▬▬▬▬▬▬▬▬ Rancho Cucamonga, CA ▬▬▬

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: August 30, 2016 at Glendale, California.

_____
Frida Flores

(PROOF)